IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| FRANK R. MCDONALD, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:11cv705 |
| | § | Judge Clark/Judge Mazzant |
| CITIMORTGAGE, INC. | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 5, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant CitiMortgage's Motion for Summary Judgment [Doc. #13] be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** Defendant CitiMortgage's Motion for Summary Judgment [Doc. #13] is granted. Plaintiff shall take nothing as a result of his claims against defendant, and this case is DISMISSED with prejudice.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on December ___9___, 2012.

_____
Ron Clark
United States District Judge